# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Adaptive Avenue Associates, Inc. v. Blick Art Materials, LLC

Case Number: 1:23-cv-02492

An appearance is hereby filed by the undersigned as attorney for:
Blick Art Materials, LLC

Attorney name (type or print): Steven L. Baron

Firm: Baron Harris Healey

Street address: 150 South Wacker Drive, Suite 2400

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6200868
(See item 3 in instructions)

Telephone Number: 312-741-1027

Email Address: sbaron@bhhlawfirm.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✔ |
| Are you acting as local counsel in this case? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 15, 2023

Attorney signature: S/ Steven L. Baron
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015